IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

REINALDO AMILCAR RAMOS RAMOS

AUREA IRIS VALENTIN SERRANO

XXX-XX-7672

XXX-XX-8441

Debtor(s)

CASE NO. 10-00458 SEK

Chapter 13

FILED & ENTERED ON 11/10/2010

ORDER

Debtors' Motion Requesting Authorization to Incur in a Mortgage Modification Program, filed on 10/22/2010 (Docket No. 28) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this November 10, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTORS
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES